IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STEVE R. BARNES, | § |
| Plaintiff, | § |
| v. | § Case No. 6:17-cv-586-JDK-KNM |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | § |
| Defendant. | § |

## FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby **ORDERS** that the above-entitled and numbered civil action is **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED**.

The Clerk of Court is directed to close this case.

So **ORDERED** and **SIGNED** this **14th** day of **March, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE